*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return |||
|---|---|---|
| Case No.: <br> 2:18-MJ-2300 | Date and time warrant executed: <br> 6:00 AM 8/31/18 | Copy of warrant and inventory left with: <br> Sandra Johnson |
| Inventory made in the presence of: Alyssa Meza, US Postal Inspector |||

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See attached SW Inventory

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 8/31/18

*Executing officer's signature*

D Bingham   US Postal Inspector
*Printed name and title*

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Sherrie Elaine Shaw
Date: 8/31/2018
Subject Address: 7323 Dalton Ave. Los Angeles 90047
Floor/Room No.: _____
Inspector(s): DB, MM, LV, DE, JB, DE, AR, TC
Case No.: 2602320

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____
Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 LV - | Peop 1S0001400400 - Priority Mail labels - Room H box on Rt. bedside drawer |
| 1 LV - | Peop 1S0001400399 - Pink Ugg boots - Room H on floor near TV |
| 1 | 1S0001400398 - blue "Love Pink" sweater - Room F Hanging in closet MM |
| MM 1 | 1S0001400397 - Rose gold Apple iPhone w/ pink cover - Room H on bed |
| MM 1 | 1S0001400396 - black/silver HP all in one S/N 3CR53802M2 - Room C on Desk |
| 1 | 1S0001400395 - Seagate hard Drive S/N W241J7CM - Containing mobile data extractions B.S. |

(remaining lines crossed out with "AR" notations)

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS Form 714)
Pink - Subject Searched
Green - Evidence Control Officer (Attach to PS Form 714)

Page 1 of 1 pages

PS Form 8164, October 1993